FILED
CHARLOTTE, NC

APR 14 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Nicole Simons

V

DOCKET NO. 3:26-cv-289-SCR

Shantonu Basu, Logan Schiff
Enedina Pilar Sanchez, Kevin Mcclanahan

1. Defendants violated constitutional rights,

2. Plaintiff demands compensation of $100,000.

Plaintiff hereby declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Nicole Simons

3/24/26